JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-5-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN -5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY DAN RECZKO, III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL JUSTICE MISSION, et al.,<br><br>　　　　Defendants. | Case No. CV 12-3537-GHK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) the Complaint is dismissed without leave to amend; and (2) Judgment be entered dismissing this action with prejudice.

DATED: 6/1/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE