JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.5.12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY DAN RECZKO, III,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL JUSTICE MISSION, et al.,<br><br>Defendants. | Case No. CV 12-3537-GHK (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/1/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                 DEPUTY